ORIGINAL

FILED

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0716

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0716

———————————

LAURYN N. JACKSON,

    Petitioner and Appellee,

v.

JAMARV D. JACKSON,

    Respondent and Appellant.

O R D E R

———————————

    Upon consideration of Appellant's motion for and extension of time, and good cause appearing,

    IT IS HEREBY ORDERED that Appellant has until March 17, 2025, to prepare, file, and serve the opening brief.

    Dated this 18 day of February, 2025.

For the Court,

_____
Chief Justice

FILED

FEB 1 8 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana